SORQUIST v. WARD et al.

No. 3105.

Circuit Court of Appeals, First Circuit.

May 23, 1936.

Nathan Greenberg, of Boston, Mass., and Richard Armstrong, of Biddeford, Me., for appellant.

Edward J. Harrigan, Asst. U. S. Atty., of Portland, Me. (John D. Clifford, Jr., U. S. Atty., of Portland, Me., on the brief), for appellees.

Before BINGHAM, WILSON, and MORTON, Circuit Judges.

PER CURIAM.

This appeal presents no doubtful point of law. The hearing before the Immigration Inspector was conducted with scrupulous fairness and the accused was represented by counsel. The Inspector's decision, adverse to the alien, was carefully and fairly considered by the Board of Review and was affirmed. It can by no means be said to be unsupported by any substantial evidence.

The decree appealed from is affirmed on the opinion of Judge Peters in the District Court.